IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HELEN C. ADEN                                                               PLAINTIFF

V.                              NO.  3:06-CV-00028 JFF

MICHAEL J. ASTRUE
Commissioner,
Social Security Administration[1],
Commissioner, Social
Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 13th day of March, 2007.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).